UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> TERRESTAR CORPORATION, *et al.*, <br><br> Reorganized Debtors. | Chapter 11 Case No. 11-10612 (SHL) <br> (Jointly Administered) |
| In re: <br><br> TERRESTAR NETWORKS INC., *et al.*, <br><br> Reorganized Debtors. | Chapter 11 Case No. 10-15446 (SHL) <br> (Jointly Administered) |
| JEFFREY M. SWARTS AND PATRICIA E. SWARTS, <br><br> Appellants, <br><br> -v- <br><br> TERRESTAR CORPORATION, *et al.*, and TERRESTAR NETWORKS INC. LIQUIDATING TRUSTEE, <br><br> Appellees. | No. 13 Civ. 2650 (RJS) <br> ORDER |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2014

RICHARD J. SULLIVAN, District Judge:

On August 8, 2013, Appellees filed their Joint Amended Counter-Designation of Bankruptcy Record on Appeal, designating documents from three separate bankruptcy proceedings: *In re TerreStar Corporation, et al.*, No. 11-10612 (SHL) (Bankr. S.D.N.Y.); *In re TerreStar Networks, Inc., et al.*, No. 10-15446 (SHL) (Bankr. S.D.N.Y.); and *In re Loral Space and Communications, et al.*, No. 03-41710 (RDD) (Bankr. S.D.N.Y.). (Doc. No. 8.) That filing identifies documents only by their docket numbers from the underlying bankruptcy proceedings. On the same date that Appellees filed their Joint Amended Counter-Designation of Bankruptcy

Record on Appeal, they also delivered to the Court a hard copy of their Joint Amended Counter-Designation of Bankruptcy Record on Appeal, which is attached to this Order ("Second Amended Counter-Designation"), and copies of the documents designated therein. The Second Amended Counter-Designation assigns a new document number to each of the designated documents for the purposes of this case. In future orders, the Court will cite to documents from the underlying bankruptcies by referring to the document numbers in the attached Second Amended Counter-Designation.

SO ORDERED.

Dated:      February 4, 2014
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

<u>A copy of this Order has been mailed to:</u>

Jeffrey M. Swarts and Patricia E. Swarts
308 South Cedar Street
Danville, OH 43014-0289

<u>A copy of this Order was emailed to:</u>

patswarts@gmail.com
swartsart@gmail.com

3